# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLING JAISINGH, Individually and on behalf of those similarly situated, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 5:23-cv-03878-GAM <br> : |
| v. | : <br> : |
| STEEL HOUSE ABSTRACT, INC., ARACELIS CHIRINOS, CLIFF LEWS, and ROBIN MANCUSO DELUNA, | : <br> : <br> : |
| Defendants. | : <br> : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sterling Jaisingh, individually, and Defendants Steel House Abstract, Inc., Aracelis Chirinos, Cliff Lewis, and Robin Mancuso DeLuna, by their counsel, hereby stipulate to dismissal of this action without prejudice.

D. Aaron Rihn, Esq.
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229
arihn@peircelaw.com

/s/ Jonathan F. Andres
Jonathan F. Andres, Esq. (*pro hac vice*)
JONATHAN F. ANDRES PC
1127 Hoot Owl Road
St. Louis, MO 63005
(636) 633-1208
andres@andreslawpc.com

*Attorneys for Plaintiff*

/s/ Samantha B. Kats
Eric M. Hurwitz, Esq.
Samantha B. Kats, Esq.
STRADLEY RONON STEVENS YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
ehurwitz@stradley.com
skats@stradley.com

*Attorneys for Defendants*

**SO APPROVED:**

/s/ Gerald Austin McHugh
_____
**Hon. Gerald A. McHugh**
**United States District Judge**

3/28/24